### Gallihue, Appellant, *v.* Reeve.

Argued September 15, 1966. *Joseph Hakun,* with him *Sheer & Mazzocone,* for appellant; *J. J. Murphy,* for appellee.

Order affirmed.

HOFFMAN, J., absent.

### Gittleman *v.* United National Insurance Company, Appellant.

Argued September 14, 1966. *Albert B. Gerber,* with him *Gerber, Galfand & Berger,* for appellant; *Irvin Siegel,* for appellee.

Order affirmed.

ERVIN, P. J., absent.